TURNER LAW FIRM, LLC
**BY:   ANDREW R. TURNER, ESQ.**
76 South Orange Avenue - PO Box 526
South Orange, New Jersey 07079
973-763-5000
Attorneys for Creditor Aaron & Company
**ART 8574**

**Order Filed on November 8, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| In re | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| Christopher Soloninkin and Kristine Anne Soloninkin | Case No. 18-23569 (JKS) |
| Debtors | Chapter 7 |
| | ORDER EXTENDING TIME DEADLINE FOR OBJECTION TO DISCHARGE |

The relief set forth on the following pages is hereby **ORDERED.**

**DATED: November 8, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**ORDERED that:**

1. The application of Aaron & Company to extend the deadline objecting to discharge from October 5, 2018 be and hereby is granted;

2. The deadline is extended for Aaron & Company and/or the Trustee (in his discretion) for objecting to Debtors' discharge is January 4, 2019;

3. This order is entered without prejudice to a subsequent application upon proper motion and cause shown; and

4. No other relief is granted at this time.