**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LRB 9004-1(b)

**Ralph A. Ferro, Jr., Esq.** (RF-2229)
Law Offices
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
(973) 200-0988
Attorney for Debtors

Order Filed on November 8, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No.   18-23569-JKS |
| | : | |
| **CHRISTOPHER SOLONINKIN** | : | |
| **KRISTINE ANNE SOLONINKIN** | : | Hearing Date: 10-30-18 at 10:00 am |
| | : | |
| | : | Judge   **John K. Sherwood** |
| | : | |
| Debtors | : | Chapter:   7 |

Recommended Local Form:        Followed        **X**   Modified

## ORDER TO VOID JUDGMENT LIENS AND TO VOID LEVY ON BANK ACCOUNT IN A CHAPTER 7 CASE PURSUANT TO 11 U.S.C. 522(f)

The relief set for the on the f

**DATED: November 8, 2018**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

1

This matter was presented to the Court by the debtors on a Motion to Avoid Judicial liens on the property described as 104 Pier Lane, Fairfield, New Jersey 07004, and it is hereby:

**ORDERED** that the following judicial liens are voided:

- Aaron & Company  (Debtors Christopher and Kristine Anne Soloninkin)
    - Middlesex     Docket # L 000785 17
    - Judgment #    J 068115 17
    - Amount:       $96,383.25

- All Jacked Up Limited Company (Debtors Christopher and Kristine Anne Soloninkin)
    - Hudson        Docket # L 004031 16
    - Judgment #    J103298 18
    - Amount:       $309,800.49

- Discover Bank  (Debtor Kristine A. Soloninkin)
    - Essex         Docket # DC 024469 17
    - Judgment #    DJ 088588 18
    - Amount:       $14,769.16

- Lennox Industries (Debtor Christopher Soloninkin)
    - Essex         Docket # DC 016114 14
    - Judgment #    VJ 015826-14
    - Amount:       $13,789.60

**IT IS FURTHER ORDERED** that the levy placed on Kristine Anne Soloninkin's bank account (XXXXXXXX3184) at Columbia Savings Bank, Fairfield, New Jersey, on or about August 22, 2018, is hereby voided; and

**IT IS FURTHER ORDERED** the debtors may avoid above referenced lien(s) and have same cancelled of records as to the property, provided the debtors are granted a discharge in this Chapter 7 case.