```
TURNER LAW FIRM, LLC
BY:  ANDREW R. TURNER, ESQ.
76 South Orange Avenue - PO Box 526
South Orange, New Jersey 07079
973-763-5000
Attorneys for Creditor Aaron & Company
ART 8574
```

**Order Filed on November 8, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

```
In re                              UNITED STATES BANKRUPTCY COURT
                                   DISTRICT OF NEW JERSEY
Christopher Soloninkin and
Kristine Anne Soloninkin           Case No. 18-23569 (JKS)

                      Debtors     Chapter 7
```

ORDER EXTENDING TIME DEADLINE
FOR OBJECTION TO DISCHARGE

The relief set forth on the following pages is hereby **ORDERED.**

**DATED: November 8, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**ORDERED that:**

1. The application of Aaron & Company to extend the deadline objecting to discharge from October 5, 2018 be and hereby is granted;

2. The deadline is extended for Aaron & Company and/or the Trustee (in his discretion) for objecting to Debtors' discharge is January 4, 2019;

3. This order is entered without prejudice to a subsequent application upon proper motion and cause shown; and

4. No other relief is granted at this time.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-23569-JKS
Christopher Soloninkin                                                  Chapter 7
Kristine Anne Soloninkin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 08, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db/jdb        +Christopher Soloninkin,    Kristine Anne Soloninkin,    104 Pier Lane,    Fairfield, NJ 07004-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
          Andrew R. Turner    on behalf of Creditor    Aaron & Company courts@turnerlaw.net
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, et
           al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Donald V. Biase    dbiase4236@gmail.com,
           dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
          Ralph A Ferro, Jr    on behalf of Debtor Christopher   Soloninkin ralphferrojr@msn.com
          Ralph A Ferro, Jr    on behalf of Joint Debtor Kristine Anne Soloninkin ralphferrojr@msn.com
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, et
           al... rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7