**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LRB 9004-1(b)

**Ralph A. Ferro, Jr., Esq.** (RF-2229)
Law Offices
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
(973) 200-0988
Attorney for Debtors

**Order Filed on November 8, 2018**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

|  |  |
|---|---|
| IN RE: : | |
| : | Case No.    18-23569-JKS |
| : | |
| **CHRISTOPHER SOLONINKIN** : | |
| **KRISTINE ANNE SOLONINKIN** : | Hearing Date: 10-30-18 at 10:00 am |
| : | |
| : | Judge    **John K. Sherwood** |
| : | |
| Debtors    : | Chapter:    7 |

Recommended Local Form:        Followed        **X**    Modified

**ORDER TO VOID JUDGMENT LIENS AND TO VOID LEVY ON BANK ACCOUNT
IN A CHAPTER 7 CASE
PURSUANT TO 11 U.S.C. 522(f)**

The relief set for the on the f

**DATED: November 8, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

1

This matter was presented to the Court by the debtors on a Motion to Avoid Judicial liens on the property described as 104 Pier Lane, Fairfield, New Jersey 07004, and it is hereby:

**ORDERED** that the following judicial liens are voided:

- Aaron & Company  (Debtors Christopher and Kristine Anne Soloninkin)
    Middlesex        Docket # L 000785 17
    Judgment #     J 068115 17
    Amount:          $96,383.25

- All Jacked Up Limited Company (Debtors Christopher and Kristine Anne Soloninkin)
    Hudson          Docket # L 004031 16
    Judgment #     J103298 18
    Amount:          $309,800.49

- Discover Bank  (Debtor  Kristine A. Soloninkin)
    Essex            Docket # DC 024469 17
    Judgment #     DJ 088588 18
    Amount:          $14,769.16

- Lennox Industries (Debtor  Christopher Soloninkin)
    Essex            Docket # DC 016114 14
    Judgment #     VJ 015826-14
    Amount:          $13,789.60

**IT IS FURTHER ORDERED** that the levy placed on Kristine Anne Soloninkin's bank account (XXXXXXXX3184) at Columbia Savings Bank, Fairfield, New Jersey, on or about August 22, 2018, is hereby voided; and

**IT IS FURTHER ORDERED** the debtors may avoid above referenced lien(s) and have same cancelled of records as to the property, provided the debtors are granted a discharge in this Chapter 7 case.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-23569-JKS
Christopher Soloninkin                                                  Chapter 7
Kristine Anne Soloninkin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: Nov 08, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db/jdb         +Christopher Soloninkin,    Kristine Anne Soloninkin,    104 Pier Lane,    Fairfield, NJ 07004-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              Andrew R. Turner    on behalf of Creditor    Aaron & Company courts@turnerlaw.net
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, et
               al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Ralph A Ferro, Jr    on behalf of Debtor Christopher   Soloninkin ralphferrojr@msn.com
              Ralph A Ferro, Jr    on behalf of Joint Debtor Kristine Anne Soloninkin ralphferrojr@msn.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, et
               al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7