TURNER LAW FIRM, LLC
BY: ANDREW R. TURNER, ESQ.
76 South Orange Avenue - PO Box 526
South Orange, New Jersey 07079
973-763-5000
Attorneys for Creditor Aaron & Company
ART 8574

Order Filed on January 3, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

| In re | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| Christopher Soloninkin and Kristine Anne Soloninkin | Case No. 18-23569 (JKS) |
| Debtors | Chapter 7 |
| | CONSENT ORDER EXTENDING DEADLINE FOR OBJECTION TO DISCHARGE |

The relief set forth on the following pages is hereby **ORDERED**.

DATED: January 3, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

**ORDERED that:**

1. The joint application request of Aaron & Company and Debtors, by and through counsel who are discussing a potential resolution to the issues in dispute, to extend the deadline objecting to discharge be and hereby is granted;

2. The deadline is extended for Aaron & Company and/or the Trustee (in his discretion) for objecting to Debtors' discharge is February 15, 2019;

3. This order is entered without prejudice to a subsequent application upon proper motion and cause shown; and

4. No other relief is granted at this time.

WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN ORDER.

TURNER LAW FIRM, LLC

| Attorney for Aaron & Co. | Attorney for Debtors |
|---|---|
| BY: _____ | BY: _____ |
| ANDREW R. TURNER | RALPH A. FERRO, JR. |
| Dated: December 31, 2018 | Dated: December 31, 2018 |