TURNER LAW FIRM, LLC
BY:  ANDREW R. TURNER, ESQ.
76 South Orange Avenue - PO Box 526
South Orange, New Jersey 07079
973-763-5000
Attorneys for Creditor Aaron & Company
ART 8574

**Order Filed on January 3, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| In re | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| Christopher Soloninkin and Kristine Anne Soloninkin | Case No. 18-23569 (JKS) |
| Debtors | Chapter 7 |
|  | CONSENT ORDER EXTENDING DEADLINE FOR OBJECTION TO DISCHARGE |

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: January 3, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

ORDERED that:

1. The joint application request of Aaron & Company and Debtors, by and through counsel who are discussing a potential resolution to the issues in dispute, to extend the deadline objecting to discharge be and hereby is granted;

2. The deadline is extended for Aaron & Company and/or the Trustee (in his discretion) for objecting to Debtors' discharge is February 15, 2019;

3. This order is entered without prejudice to a subsequent application upon proper motion and cause shown; and

4. No other relief is granted at this time.

WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN ORDER.

TURNER LAW FIRM, LLC

Attorney for Aaron & Co.                    Attorney for Debtors

BY: _____              BY: _____

ANDREW R. TURNER                            RALPH A. FERRO, JR.

Dated: December 31, 2018                    Dated: December 31, 2018

United States Bankruptcy Court
District of New Jersey

In re:
Christopher Soloninkin
Kristine Anne Soloninkin
    Debtors

Case No. 18-23569-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 03, 2019
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2019.
db/jdb       +Christopher Soloninkin,   Kristine Anne Soloninkin,   104 Pier Lane,   Fairfield, NJ 07004-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2019 at the address(es) listed below:
         Andrew R. Turner    on behalf of Creditor    Aaron & Company courts@turnerlaw.net
         Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, et al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Donald V. Biase    dbiase4236@gmail.com,
   dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
         Ralph A Ferro, Jr    on behalf of Debtor Christopher   Soloninkin ralphferrojr@msn.com
         Ralph A Ferro, Jr    on behalf of Joint Debtor Kristine Anne Soloninkin ralphferrojr@msn.com
         Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, et al... rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                               TOTAL: 7