UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-23569-JKS |
| | Chapter: 7 |
| **Soloninkin, Christopher**<br>**Soloninkin, Kristine Anne** | Judge: John K. Sherwood |
| Debtor(s). | |

**NOTICE OF PROPOSED ABANDONMENT**

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk of the Court<br>50 Walnut Street<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on February 19, 2019 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

    104 Pier Lane, Fairfield, NJ 07004
    $420,953.40

Liens on property:

    $497,864.00

Amount of equity claimed as exempt:

    $0.00

Objections must be served on, and requests for additional information directed to:

Rev. 8/1/15

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-23569-JKS
Christopher Soloninkin                                                  Chapter 7
Kristine Anne Soloninkin
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin                Page 1 of 2               Date Rcvd: Jan 18, 2019
                                  Form ID: pdf905            Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
```
db/jdb         +Christopher Soloninkin,   Kristine Anne Soloninkin,   104 Pier Lane,   Fairfield, NJ 07004-2113
517631522      +Aaron & Company,   c/o Turner Law Firm, LLC,   76 South Orange Avenue,
                 South Orange, NJ 07079-1935
517631523       Advanced Health Partners,   BOx 870,   Newburgh, NY 12551-0870
517631524      +All Jacked Up, LLC dba Retro Fitness,   c/o Zakim & Zakim, PC,   190 Moore Street,   Suite 306,
                 Hackensack, NJ 07601-7418
517631526      +American Express Bank, FSB,   4315 South 2700 West,   Salt Lake City, UT 84184-0002
517631527       American Honda Finance,   200 Little Falls Drive,   Wilmington, DE 19808
517631529      +Associated Credit Svc,   115 Flanders Road,   Ste 140,   Westborough, MA 01581-1087
517631530      +Bank of America, NA,   100 North Tryon Street,   Charlotte, NC 28202-4000
517631531      +Bergen W. Pediatric Center, PA,   541 Cedar Hill Avenue,   Wyckoff, NJ 07481-2150
517631532      +C and M Kintiroglou, MDs, PA,   1500 Pleasant Valley Way,   Suite 301,
                 West Orange, NJ 07052-2956
517631535      +Cedar Grove Foot Ankle Specialists, PC,   886 Pompton Avenue,   Suite A-1,
                 Cedar Grove, NJ 07009-1257
517631536      +Chase Bank, NA,   200 White Clay Center Drive,   Newark, DE 19711-5466
517631537      +Christopher Jones, MD,   1129 Bloomfield Avenue,   West Caldwell, NJ 07006-7127
517631538      +CitiBank, NA,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
517631539      +Claeys Emolo,   c/o Emolo & Collini, Esqs.,   375 Broadway,   Paterson, NJ 07501-2294
517631544      +DSNB American Express,   Box 8218,   Mason, OH 45040-8218
517631542      +Discover Bank,   502 East Market Street,   Greenwood, DE 19950-9700
517631543      +Doctors Office of West Caldwell, LLC,   484 Temple Hill Road,   Suite 104,
                 New Windsor, NY 12553-5529
517631545       EZ Pass NJ,   Box 52002,   Newark, NJ 07101-8202
517631547      +HSBC,   1800 Tysons Blvd,   Mc Lean, VA 22102-4267
517631546      +Home Depot,   Box 6497,   Sioux Falls, SD 57117-6497
517631548      +IC System,   444 Highway 96 East,   Box 64378,   Saint Paul, MN 55127-2557
517631550      +Jersey Rehab PA 1,   15 Newark Avenue,   Belleville, NJ 07109-1123
517631552      +Matthew J. Marano, Jr., MD, LLC,   200 South Orange Avenue,   Suite 209,
                 Livingston, NJ 07039-5817
517631554      +Montville Veterinary Group,   3 Main Road,   Montville, NJ 07045-9539
517631556       Northstar Location Services,   4285 Genesee Street,   Cheektowaga, NY 14225-1943
517631562      +PSEG,   Box 14444,   New Brunswick, NJ 08906-4444
517631557      +Paul M. Figlia, MD. PA,   1500 Pleasant Valley Way,   Suite 307,   West Orange, NJ 07052-2956
517631558      +Pluese, Becker & Saltzman, LLC,   20000 Horizon Way,   Suite 900,   Mount Laurel, NJ 08054-4318
517631560      +Pressler, Felt & Warshaw,   7 Entin Road,   Parsippany, NJ 07054-5020
517631561      #Progressive Financial Services, Inc.,   Box 22083,   Tempe, AZ 85285-2083
517631567       Specialized Loan Servicing, LLC,   8472 Lucent Blvd,   Suite 300,   Littleton, CO 80129
517631568      +Sportscare of America, PC,   11 Eagle Rock Avenue,   Suite 201,   East Hanover, NJ 07936-3167
517631569       Stonleigh Recovery Assoc.,   Box 1118,   Charlotte, NC 28201-1118
517631570       Sunrise Credit Services, Inc.,   Box 9100,   Farmingdale, NY 11735-9100
517631571      +The Bureaus,   650 Dundee Road,   Suite 370,   Northbrook, IL 60062-2757
517631572      +United Collection Bureau,   Box 1418,   Maumee, OH 43537-8418
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2019 00:03:09      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2019 00:03:07      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 19 2019 00:03:18      American Honda Finance Corp.,
                 P.O. Box 168088,   Irving, TX 75016-8088
517631528      +E-mail/Text: legal@arsnational.com Jan 19 2019 00:02:50      ARS National Services,   Box 469046,
                 Escondido, CA 92046-9046
517631525      +E-mail/Text: ally@ebn.phinsolutions.com Jan 19 2019 00:02:22      Ally Financial,   Box 380901,
                 Bloomington, MN 55438-0901
517631533      +E-mail/Text: bankruptcy@usecapital.com Jan 19 2019 00:04:14      Capital Accounts,   Box 140065,
                 Nashville, TN 37214-0065
517631534      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 19 2019 00:06:58      Capital One Bank,
                 4851 Cox Road,   Glen Allen, VA 23060-6293
517631540      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 19 2019 00:02:58      Comenity Bank,
                 One Righter Pkwy,   Suite 100,   Wilmington, DE 19803-1533
517631541       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 19 2019 00:02:58      Comenity Bank/VS,
                 Box 659728,   San Antonio, TX 78265-9728
517631549       E-mail/Text: cio.bncmail@irs.gov Jan 19 2019 00:02:41      Internal Revenue Service,   Box 7346,
                 Philadelphia, PA 19101-7346
517631551      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 19 2019 00:02:31      Kohl's/Capone,   Box 3115,
                 Milwaukee, WI 53201-3115
517631553      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 19 2019 00:03:06      Midland Funding LLC,
                 2365 Northside Drive,   Ste 30,   San Diego, CA 92108-2709
517631559      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2019 00:08:10
                 Portfolio Recovery Services,   120 Corporate Blvd,   Ste 100,   Norfolk, VA 23502-4952
```

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Jan 18, 2019
                                  Form ID: pdf905          Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517631563        +E-mail/Text: bkrpt@retrievalmasters.com Jan 19 2019 00:03:06       RMCB,    4 Westchester Plaza,
                  Suite 110,    Elmsford, NY 10523-3835
517631564        +E-mail/Text: rwjebn@rwjbh.org Jan 19 2019 00:03:59       Robert Wood Johnson Univ. Hosp.,
                  1 Robert Wood Johnson Place,    New Brunswick, NJ 08901-1966
517631565         E-mail/Text: ebn@rwjbh.org Jan 19 2019 00:03:33       Saint Barnabas Med Ctr,    Box 29960,
                  New York, NY 10087-9960
517631566        +E-mail/Text: bankruptcy@bbandt.com Jan 19 2019 00:03:03       Sheffield Financial Corp.,
                  Box 1847,    Wilson, NC 27894-1847
517633071        +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36       Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517631573        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 19 2019 00:02:19
                  Verizon,    Box 28000,    Lehigh Valley, PA 18002-8000
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517631555*       +Montville Veterinary Group, LLC,    3 Main Road,    Montville, NJ 07045-9539
                                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2019 at the address(es) listed below:
              Andrew R. Turner    on behalf of Creditor    Aaron & Company courts@turnerlaw.net
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, et
               al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Ralph A Ferro, Jr    on behalf of Debtor Christopher  Soloninkin ralphferrojr@msn.com
              Ralph A Ferro, Jr    on behalf of Joint Debtor Kristine Anne Soloninkin ralphferrojr@msn.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, et
               al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```