*Christopher Salamintin*

18-23569

Objection to motion to withdrawn

1. Ok
2. There hasn't been any disagreement on how the case should proceed. This is the first we're hearing that.
3. We have been following all his advice and steps.
4. We have been following is advice
5. We have not done anything in conflict with his advice. We have provided everything he has asked.
6. The only conflict is money. We've already borrowed and given him $3,500 He want additional $1,900 which we are struggling and need time to get funds together. Never disagreed on paying just need time.
7. Because of money.
8. Because of money
9. I hope not
10. Ok
11. Yes
12. We've provided everything that has been asked. Some information took longer to gather due to flooded paperwork and document lost on damaged computer.
13. It went both ways. His voice was louder than mine. And the conversation was over needing more time to get him money.
14. Ok
15. Yes
16. We ask the court to please have him finish our case. It has been extended way beyond what we anticipated. We don't have an issue paying what we owe just need time to get money as this is a bankruptcy case.

