Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−23569−JKS
        Chapter: 7
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Soloninkin                             Kristine Anne Soloninkin
   104 Pier Lane                                          fka Kristine A. Kelsey
   Fairfield, NJ 07004                                   104 Pier Lane
                                                               Fairfield, NJ 07004

Social Security No.:
   xxx−xx−1010                                             xxx−xx−4819

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on February 25, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 40 − 31
Order Granting Motion To Withdraw As Attorney. Ralph A Ferro, Jr terminated as attorney. (Related Doc # 31). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/24/2019. (mg)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 25, 2019
JAN: mg

                                                                                                                                 Jeanne Naughton
                                                                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 18-23569-JKS
Christopher Soloninkin　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
Kristine Anne Soloninkin
　　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Feb 25, 2019
　　　　　　　　　　　　　　Form ID: orderntc　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2019.
db/jdb　　　　　+Christopher Soloninkin,　Kristine Anne Soloninkin,　104 Pier Lane,　Fairfield, NJ 07004-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019　　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:
　　　　　Andrew R. Turner　　on behalf of Creditor　　Aaron & Company courts@turnerlaw.net
　　　　　Andrew R. Turner　　on behalf of Plaintiff　　Aaron & Co. courts@turnerlaw.net
　　　　　Denise E. Carlon　　on behalf of Creditor　　HSBC Bank USA, National Association, as Trustee, et
　　　　　　al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　　Donald V. Biase　　dbiase4236@gmail.com,
　　　　　　dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
　　　　　Rebecca Ann Solarz　　on behalf of Creditor　　HSBC Bank USA, National Association, as Trustee, et
　　　　　　al... rsolarz@kmllawgroup.com
　　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6