**Ralph A. Ferro, Jr., Esq. (rf-2229)**
*Law Office*
*66 East Main Street, 3rd Floor*
*Little Falls, NJ          07424*
*(201) 446-5904  Fax: (973) 689-9558*
**Withdrawing Attorney for Joint Debtors**
**Christopher Soloninkin**
**Kristine Anne Soloninkin**



**Order Filed on February 24, 2019**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| **Christopher Soloninkin** | : | Case No. :      18-23569 (JKS) |
| **Kristine Anne Soloninkin** | : | |
| | : | |
| | : | Hearing Date:    2/5/19 10:00 a.m. |
| | : | |
| **DEBTORS,** | : | **HONORABLE  John K. Sherwood** |

### ORDER GRANTING RALPH A. FERRO, JR.'S
### REQUEST TO BE RELIEVED AS  COUNSEL

The relief set forth on the following pages, numbered two (2) through two (2)   is

hereby **ORDERED.**

**DATED: February 24, 2019**   _____

Honorable John K. Sherwood
United States Bankruptcy Court

**THIS MATTER** having come before the Court on the Ralph A. Ferro, Jr., Esq.'s Motion for Relief of Counsel, and upon notice to all interested parties, and the Court having considered this motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby:

**ORDERED AND ADJUDGED THAT**:

Ralph A. Ferro, Jr., Esq. is hereby relieved as counsel for Joint Debtors Christopher Soloninkin and Kristine Anne Soloninkin.

..........

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-23569-JKS
Christopher Soloninkin                                                     Chapter 7
Kristine Anne Soloninkin
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Feb 25, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2019.
db/jdb         +Christopher Soloninkin,   Kristine Anne Soloninkin,   104 Pier Lane,   Fairfield, NJ 07004-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:
          Andrew R. Turner   on behalf of Creditor   Aaron & Company courts@turnerlaw.net
          Andrew R. Turner   on behalf of Plaintiff   Aaron & Co. courts@turnerlaw.net
          Denise E. Carlon   on behalf of Creditor   HSBC Bank USA, National Association, as Trustee, et
           al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Donald V. Biase   dbiase4236@gmail.com,
           dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
          Rebecca Ann Solarz   on behalf of Creditor   HSBC Bank USA, National Association, as Trustee, et
           al... rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6