Form dyrvdsc – ntcdydscv27.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−23569−JKS
                Chapter: 7
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Christopher Soloninkin                           Kristine Anne Soloninkin
   104 Pier Lane                                      fka Kristine A. Kelsey
   Fairfield, NJ 07004                             104 Pier Lane
                                                     Fairfield, NJ 07004

Social Security No.:
   xxx−xx−1010                                           xxx−xx−4819

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER
## DENYING OR REVOKING DEBTOR'S DISCHARGE

You are hereby notified that an order denying or revoking the:

    ☑    debtor's
    ☑    joint debtor's

discharge was entered in this case on June 20, 2019.

Dated: June 20, 2019
JAN: zlh

                                                               Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-23569-JKS
Christopher Soloninkin                                                  Chapter 7
Kristine Anne Soloninkin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2           Date Rcvd: Jun 20, 2019
                              Form ID: dyrvdsc           Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
```
db/jdb         +Christopher Soloninkin,   Kristine Anne Soloninkin,    104 Pier Lane,    Fairfield, NJ 07004-2113
517631522      +Aaron & Company,   c/o Turner Law Firm, LLC,    76 South Orange Avenue,
                 South Orange, NJ 07079-1935
517631523       Advanced Health Partners,    BOx 870,   Newburgh, NY 12551-0870
517631524      +All Jacked Up, LLC dba Retro Fitness,    c/o Zakim & Zakim, PC,    190 Moore Street,   Suite 306,
                 Hackensack, NJ 07601-7418
517631526      +American Express Bank, FSB,    4315 South 2700 West,    Salt Lake City, UT 84184-0002
517631527       American Honda Finance,    200 Little Falls Drive,    Wilmington, DE 19808
517631529      +Associated Credit Svc,    115 Flanders Road,   Ste 140,    Westborough, MA 01581-1087
517631530      +Bank of America, NA,    100 North Tryon Street,   Charlotte, NC 28202-4000
517631531      +Bergen W. Pediatric Center, PA,    541 Cedar Hill Avenue,    Wyckoff, NJ 07481-2150
517631532      +C and M Kintiroglou, MDs, PA,    1500 Pleasant Valley Way,    Suite 301,
                 West Orange, NJ 07052-2956
517631535      +Cedar Grove Foot Ankle Specialists, PC,    886 Pompton Avenue,    Suite A-1,
                 Cedar Grove, NJ 07009-1257
517631536      +Chase Bank, NA,    200 White Clay Center Drive,    Newark, DE 19711-5466
517631537      +Christopher Jones, MD,    1129 Bloomfield Avenue,   West Caldwell, NJ 07006-7127
517631538      +CitiBank, NA,    701 East 60th Street North,   Sioux Falls, SD 57104-0493
517631539      +Claeys Emolo,   c/o Emolo & Collini, Esqs.,    375 Broadway,    Paterson, NJ 07501-2294
517631544      +DSNB American Express,    Box 8218,   Mason, OH 45040-8218
517631542      +Discover Bank,    502 East Market Street,   Greenwood, DE 19950-9700
517631543      +Doctors Office of West Caldwell, LLC,    484 Temple Hill Road,    Suite 104,
                 New Windsor, NY 12553-5529
517631545       EZ Pass NJ,    Box 52002,   Newark, NJ 07101-8202
517631547      +HSBC,   1800 Tysons Blvd,    Mc Lean, VA 22102-4267
517631546      +Home Depot,    Box 6497,   Sioux Falls, SD 57117-6497
517631548      +IC System,    444 Highway 96 East,   Box 64378,   Saint Paul, MN 55127-2557
517631550      +Jersey Rehab PA 1,    15 Newark Avenue,   Belleville, NJ 07109-1123
517631552      +Matthew J. Marano, Jr., MD, LLC,    200 South Orange Avenue,    Suite 209,
                 Livingston, NJ 07039-5817
517631554      +Montville Veterinary Group,    3 Main Road,   Montville, NJ 07045-9539
517631556       Northstar Location Services,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
517631562      +PSEG,   Box 14444,    New Brunswick, NJ 08906-4444
517631557      +Paul M. Figlia, MD. PA,    1500 Pleasant Valley Way,    Suite 307,   West Orange, NJ 07052-2956
517631558      +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,   Mount Laurel, NJ 08054-4318
517631560      +Pressler, Felt & Warshaw,    7 Entin Road,   Parsippany, NJ 07054-5020
517631561       Progressive Financial Services, Inc.,    Box 22083,    Tempe, AZ 85285-2083
517631567       Specialized Loan Servicing, LLC,    8472 Lucent Blvd,    Suite 300,   Littleton, CO 80129
517631568       Sportscare of America, PC,    11 Eagle Rock Avenue,    Suite 201,   East Hanover, NJ 07936-3167
517631569       Stonleigh Recovery Assoc.,    Box 1118,   Charlotte, NC 28201-1118
517631570       Sunrise Credit Services, Inc.,    Box 9100,   Farmingdale, NY 11735-9100
517631571      +The Bureaus,    650 Dundee Road,   Suite 370,   Northbrook, IL 60062-2757
517631572      +United Collection Bureau,    Box 1418,   Maumee, OH 43537-8418
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 20 2019 23:45:47      American Honda Finance Corp.,
                 P.O. Box 168088,   Irving, TX 75016-8088
517631528      +E-mail/Text: legal@arsnational.com Jun 20 2019 23:45:16      ARS National Services,   Box 469046,
                 Escondido, CA 92046-9046
517631525      +E-mail/Text: ally@ebn.phinsolutions.com Jun 20 2019 23:43:47      Ally Financial,   Box 380901,
                 Bloomington, MN 55438-0901
517631533      +E-mail/Text: bankruptcy@usecapital.com Jun 20 2019 23:46:27      Capital Accounts,   Box 140065,
                 Nashville, TN 37214-0065
517631534      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2019 23:49:27      Capital One Bank,
                 4851 Cox Road,   Glen Allen, VA 23060-6293
517631540      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 20 2019 23:45:29      Comenity Bank,
                 One Righter Pkwy,   Suite 100,   Wilmington, DE 19803-1533
517631541       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 20 2019 23:45:29      Comenity Bank/VS,
                 Box 659728,   San Antonio, TX 78265-9728
517631549       E-mail/Text: cio.bncmail@irs.gov Jun 20 2019 23:45:10      Internal Revenue Service,   Box 7346,
                 Philadelphia, PA 19101-7346
517631551      +E-mail/Text: bncnotices@becket-lee.com Jun 20 2019 23:44:58      Kohl's/Capone,   Box 3115,
                 Milwaukee, WI 53201-3115
517631553      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 20 2019 23:45:36      Midland Funding LLC,
                 2365 Northside Drive,   Ste 30,   San Diego, CA 92108-2709
517631559      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2019 00:00:16
                 Portfolio Recovery Services,   120 Corporate Blvd,    Ste 100,   Norfolk, VA 23502-4952
517631563      +E-mail/Text: bkrpt@retrievalmasters.com Jun 20 2019 23:45:36      RMCB,   4 Westchester Plaza,
                 Suite 110,   Elmsford, NY 10523-3835
517631564      +E-mail/Text: rwjebn@rwjbh.org Jun 20 2019 23:46:17      Robert Wood Johnson Univ. Hosp.,
                 1 Robert Wood Johnson Place,   New Brunswick, NJ 08901-1966
517631565       E-mail/Text: ebn@rwjbh.org Jun 20 2019 23:46:01      Saint Barnabas Med Ctr,   Box 29960,
                 New York, NY 10087-9960
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Jun 20, 2019
                              Form ID: dyrvdsc         Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517631566        +E-mail/Text: bankruptcy@bbandt.com Jun 20 2019 23:45:34     Sheffield Financial Corp.,
                  Box 1847,    Wilson, NC 27894-1847
517633071        +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2019 23:48:27     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517631573        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 20 2019 23:43:41
                  Verizon,    Box 28000,   Lehigh Valley, PA 18002-8000
                                                                                             TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517631555*       +Montville Veterinary Group, LLC,    3 Main Road,   Montville, NJ 07045-9539
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
              Andrew R. Turner    on behalf of Creditor    Aaron & Company courts@turnerlaw.net
              Andrew R. Turner    on behalf of Plaintiff    Aaron & Co. courts@turnerlaw.net
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, et
               al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, et
               al... rsolarz@kmllawgroup.com
              Roger Chavez    on behalf of Defendant Christopher  Soloninkin rchavez01@aol.com,
               rchavez@chavezlegal.com
              Roger Chavez    on behalf of Defendant Kristine Anne Soloninkin rchavez01@aol.com,
               rchavez@chavezlegal.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```