TURNER LAW FIRM, LLC
**BY:  ANDREW R. TURNER, ESQ.**
76 South Orange Avenue - PO Box 526
South Orange, New Jersey 07079
973-763-5000
Attorneys for Plaintiff Aaron & Company
**ART 8574**

**Order Filed on June 20, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re<br><br>Christopher Soloninkin and<br>Kristine Anne Soloninkin<br><br>        Debtors | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 18-23569 (JKS)<br><br>Chapter 7 |
| Plaintiff<br><br>AARON & COMPANY<br><br>v.<br><br>Defendants<br><br>CHRISTOPHER SOLONINKIN and<br>KRISTINE ANNE SOLONINKIN | Adversary No. 19-1071 (JKS)<br><br><br><br>ORDER ENTERING FINAL JUDGMENT<br>and DENYING DISCHARGE |

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 20, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

This matter being opened to the Court upon application of Plaintiff, by and through counsel, and notice having ben duly given to the Defendants, and the Court having considered the record in this case, and default having been entered on March 27, 2019, and good cause appearing:

**ORDERED that:**

1. judgment be and hereby is entered in favor of Plaintiff and against the Defendants;

2. the Defendants be and hereby are denied a discharge in bankruptcy;

3. this order disposes of all issues as to all parties in this adversary proceeding;

4. the Clerk shall close the adversary proceeding in the usual course, and no denial of discharge in the underlying bankruptcy case;

5. a copy of this order shall be posted on the Court's electronic docket and also served by regular mail (with postage pre-paid) by Plaintiff's counsel upon Defendants within seven (7) days.

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher Soloninkin  
Kristine Anne Soloninkin  
    Debtors

Case No. 18-23569-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 20, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2019.  
db/jdb       +Christopher Soloninkin,   Kristine Anne Soloninkin,   104 Pier Lane,   Fairfield, NJ 07004-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2019 at the address(es) listed below:

      Andrew R. Turner   on behalf of Creditor   Aaron & Company courts@turnerlaw.net  
      Andrew R. Turner   on behalf of Plaintiff   Aaron & Co. courts@turnerlaw.net  
      Denise E. Carlon   on behalf of Creditor   HSBC Bank USA, National Association, as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Donald V. Biase   dbiase4236@gmail.com, dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com  
      Rebecca Ann Solarz   on behalf of Creditor   HSBC Bank USA, National Association, as Trustee, et al... rsolarz@kmllawgroup.com  
      Roger Chavez   on behalf of Defendant Christopher Soloninkin rchavez01@aol.com, rchavez@chavezlegal.com  
      Roger Chavez   on behalf of Defendant Kristine Anne Soloninkin rchavez01@aol.com, rchavez@chavezlegal.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                    TOTAL: 8