TURNER LAW FIRM, LLC
**BY:   ANDREW R. TURNER, ESQ.**
76 South Orange Avenue - PO Box 526
South Orange, New Jersey 07079
973-763-5000
Attorneys for Plaintiff Aaron & Company
**ART 8574**

Order Filed on November 12, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| In re<br><br>Christopher Soloninkin and Kristine Anne Soloninkin<br><br>          Debtor | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>Case No. 18-23569 (JKS)<br><br>Chapter 7 |
| Plaintiff<br><br>AARON & COMPANY<br><br>v.<br><br>Defendants<br><br>CHRISTOPHER SOLONINKIN and KRISTINE ANNE SOLONINKIN | Adversary No. 19-1071 (JKS)<br><br>CONSENT ORDER VACATING DENIAL OF DISCHARGE and ENTERING JUDGMENT DECLARING THE SUM OF $50,000.00 DUE AARON & COMPANY NON-DISCHARGEABLE, WITH ADDITIONAL RELIEF |

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: November 12, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter being opened to the Court upon consent of the parties following entry of final judgment denying discharge entered June 20, 2019, and Defendants having filed a motion to vacate the order, notice having been duly given, and the parties desiring to reach full and final conclusion of the matters at issue, and the Court having considered the record in this case, and good cause appearing:

**ORDERED that:**

1. the order entering final judgment denying discharge filed June 20, 2019 be and hereby is vacated and superceded by this order;

2. Defendants/Debtors be and hereby are granted a discharge of indebtedness as sought in their bankruptcy petition (number 18-23569 (JKS)), with the exception of a portion of the debt due Plaintiff Aaron & Company as set forth below;

3. the sum of $50,000.00 due from Defendants to Plaintiff Aaron & Company be and hereby is declared non-dischargeable;

4. notwithstanding the sum of $50,000.00 being deemed non-dischargeable, the parties have agreed Plaintiff Aaron & Company will accept the sum of $17,500.00 in full satisfaction of its judgment if paid within 120 days of the date of this order;

5. upon satisfaction of the judgment, Plaintiff's counsel shall provide a warrant to counsel for the Defendants/Debtors

evidencing resolution in a form suitable for filing with this Court and/or the Superior Court of New Jersey;

6. this order disposes of all issues as to all parties in this adversary proceeding;

7. upon the entry of this order, the Court shall issue, and serve a separate standard Discharge order in this case on all listed creditors and parties of interest;

8. the Clerk shall update the Bankruptcy Court's records to note discharge of indebtedness to the Defendants/Debtors with the exceptions set forth in this order and their underlying bankruptcy case;

9. no other relief is granted at this time and this order is deemed final for all purposes in the within bankruptcy and adversary proceedings; and

10. a copy of this order shall be posted on the Court's electronic docket.

**WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN ORDER.**

| | |
|---|---|
| **TURNER LAW FIRM, LLC**<br>**Attorneys for Plaintiff** | **LAW OFFICE OF ROGER CHAVEZ**<br>**Attorneys for Defendants** |
| **BY:/s/Andrew R. Turner**<br>    ANDREW R. TURNER<br>**Dated: November 7, 2019** | **BY:/s/Roger Chavez**<br>    ROGER CHAVEZ<br>**Dated: November 7, 2019** |